| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) PHILLIPS, KEITH L. | 2. Court or Organization RICHMOND DIVISION - USBANKRUPTCY COURT - EASTERNDIVISION VA | 3. Date of Report 12/13/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |
| 7. Chambers or Office Address 701 EAST BROAD STREET, 5TH FLOOR RICHMOND, VA 23219 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. LLC MEMBER | BLVD LLC |
| 2. GENERAL PARTNER | EKP ASSOCIATES, L.C. |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | ORAL AGREEMENT WITH FORMER LAW FIRM TO RECEIVE COMPENSATION FOR LEGAL SERVICES RENDERED PRIOR TO BECOMING A JUDGE. NO CONTROL IN FORMER LAW FIRM. |
| 2. 2013 | ORAL AGREEMENT WITH SUCCESSOR CHAPTER 7 TRUSTEES TO RECEIVE COMMISSIONS EARNED FOR SERVICES PERFORMED PRIOR TO BECOMING A JUDGE. NO CONTROL OVER TRUSTEE CASES. |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | TRUSTEE INCOME (GROSS) | $18,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JPMORGAN CHASE BANK | MORTGAGE - RENTAL PROPERTY #1/RICHMOND, VA (PT VII, LINE 1) | K |
| 2. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #1/ RICHMOND, VA (PT VII, LINE 2) | K |
| 3. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #2/ RICHMOND, VA (PT VII, LINE 2) | K |
| 4. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #3/ RICHMOND, VA (PT VII, LINE 2) | K |
| 5. | NATIONSTAR MORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #4/ RICHMOND, VA (PT VII, LINE 2) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #1/RICHMOND, VA 2002 - $36,750 (50%) | D | Rent | L | R | | | | | |
| 2. EKP ASSOCIATES LC - RENTAL PROPERTIES/RICHMOND, VA (50%) | E | Rent | N | U | | | | | |
| 3. BLVD, LLC (50% OWNERSHIP) | B | Distribution | M | U | | | | | |
| 4. WELLS FARGO - CHECKING ACCOUNT | A | Int./Div. | J | T | | | | | |
| 5. BB&T #1 - CHECKING ACCOUNT | | None | J | T | | | | | |
| 6. BB&T #2 - CHECKING ACCOUNT | | None | J | T | | | | | |
| 7. FIDELITY INVESTMENTS - CASH ACCOUNT | A | Interest | K | T | | | | | |
| 8. (H) FIDELITY INVESTMENTS | | | | | | | | | |
| 9. STATE BK INDIA CHICAGO ILL 2.00% 08/12/16 | A | Interest | | | Redeemed | 08/12/16 | J | A | |
| 10. GOLDMAN SACHS BK USA NY 2.00% 10/12/16 | A | Interest | | | Redeemed | 10/12/16 | J | A | |
| 11. SALLIE MAE BK SLT LAKE CITY UT 1.05% 10/31/16 | A | Interest | | | Redeemed | 10/31/16 | J | A | |
| 12. SYNCHRONY BANK RET 1.05% 11/22/16 FORMERLLY GE CAP RETAIL BK DRAPER UT | A | Interest | | | Redeemed | 11/22/16 | J | A | |
| 13. SYNCHRONY BANK RET 5.10% 12/18/18 FORMERLLY GE CAP RETAIL BK DRAPER UT | A | Interest | K | T | | | | | |
| 14. STATE BK INDIA NEW YORK NY 1.50% 10/17/17 | A | Interest | J | T | | | | | |
| 15. SYNCHRONY BANK RET 2.30% 03/30/20 FORMERLLY GE CAP RETAIL BK DRAPER UT | A | Interest | J | T | | | | | |
| 16. AMERICAN EXP FED SVGS BK. INSTL 2.20% 10/23/19 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PHILLIPS, KEITH L. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17.  GE CAP BK RETAIL CD 2.85% 09/16/21 | A | Interest | J | T | | | | | |
| 18.  BANK INTERNET USA SAN DIEGO CA 3.550% 03/31/20 | A | Interest | J | T | | | | | |
| 19.  GE CAP BK INC CD 2.90% 11/16/21 | A | Interest | J | T | | | | | |
| 20.  GE CAP BK INC RETAIL CD 1.50% 10/17/17 | A | Interest | J | T | | | | | |
| 21.  SYNCHRONY BANK RET 2.90% 11/23/21 FORMERLLY GE CAP RETAIL BK DRAPER UT | A | Interest | J | T | | | | | |
| 22.  GE CAP BK INC RETAIL CD 3.80% 12/11/19 | A | Interest | J | T | | | | | |
| 23.  GOLDMAN SACHS BK USA NY 5.00% 12/12/17 | A | Interest | J | T | | | | | |
| 24.  CATHAY BK LOS ANGEL CALIF .20% 05/15/15 | A | Interest | J | T | | | | | |
| 25.  BANK INDIA NEW YORK .55% 02/17/16 | A | Interest | | | Redeemed | 02/17/16 | J | A | |
| 26.  MERCHANTS BK IND LYNN .35% 12/11/15 | A | Interest | J | T | | | | | |
| 27.  GE CAP BK INC CD 1.35% 09/14/16 | A | Interest | | | Redeemed | 09/14/16 | J | A | |
| 28.  BEAL BK USA LAS VEGAS NEV CD .45% 04/27/16 | A | Interest | | | Redeemed | 04/27/16 | J | A | |
| 29.  FIRST PRIORITY BK MALVERN PA CD .40% 02/29/16 | A | Interest | | | Redeemed | 02/29/16 | J | A | |
| 30.  BEAL BK USA LAS VEGAS NEV .50% | A | Interest | | | Buy | 01/21/16 | J | | |
| 31.  BEAL BK USA LAS VEGAS NEV .50% 06/08/2016 | A | Interest | | | Redeemed | 06/08/16 | J | A | |
| 32.  GOLDMAN SACHS BK USA NY 1.35% 10/31/2016 | A | Interest | | | Buy | 01/21/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 33. GOLDMAN SACHS BK USA NY 1.35% 10/31/2016 | A | Interest | | | Redeemed | 10/31/16 | J | A | |
| 34. GOLDMAN SACHS BK USA NY 2.50% 12/07/2018 | A | Interest | J | T | Buy | 02/24/16 | J | | |
| 35. STATE BK INDIA NY 2.10% 12/05/2018 | A | Interest | J | T | Buy | 02/24/16 | J | | |
| 36. GOLDMAN SACHS BK USA NY 2.15% 10/07/2020 | A | Interest | J | T | Buy | 04/05/16 | J | | |
| 37. GOLDMAN SACHS BAK USA NY CD 2.35% 11/28/22 | A | Interest | J | T | Buy | 05/25/16 | J | | |
| 38. GOLDMAN SACHS BK USA NY CD 2.60% 11/25/2022 | A | Interest | J | T | Buy | 08/23/16 | J | | |
| 39. SYNCHRONY BANK RETAIL CD 2.90% 12/02/2021 | A | Interest | J | T | Buy | 09/29/16 | J | | |
| 40. DISCOVER BK GREENWOOD DEL 2.65% 11/22/2020 | A | Interest | J | T | Buy | 12/09/16 | J | | |
| 41. SYNCHRONY BANK RETAIL CD 2.90% 12/02/2021 | A | Interest | J | T | Buy | 12/09/16 | J | | |
| 42. SYNCHRONY BANK RETAIL CD 2.10% 08/29/2019 | A | Interest | J | T | Buy | 12/09/16 | J | | |
| 43. FIDELITY INVESTMENTS CASH ACCOUNT | A | Interest | K | T | | | | | |
| 44. (H) JANNEY MONTGOMERY SCOTT LLC #1 | | | | | | | | | |
| 45. CLEARBRIDGE VALUE | A | Dividend | K | T | | | | | |
| 46. ROYCE PA MUTL CONSULT - STOCK | A | Dividend | J | T | | | | | |
| 47. JANNEY INSURED SWP | A | Int./Div. | J | T | | | | | |
| 48. VA ST RES AUTH - TAX EXEMPT OID | B | Int./Div. | K | T | | | | | |
| 49. (H) JANNEY MONTGOMERY SCOTT LLC #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | FIDELITY MSCI TELECOMMUNICATIONS | A | Dividend | | | Buy | 02/12/16 | J | | |
| 51. | FIDELITY MSCI TELECOMMUNICATIONS | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 52. | ISHS NASDAQ BIOTECH | | None | | | Buy | 07/07/16 | J | | |
| 53. | ISHS NASDAQ BIOTECH | | None | | | Sold | 08/16/16 | J | A | |
| 54. | ISHS CORE S&P MDCP | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 55. | ISHARES RUSSELL 2000 ETF | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 56. | ISHARES RUSSELL 2000 ETF | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 57. | MKT VECT INTRM MUN | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 58. | MKT VECT INTRM MUN | A | Dividend | | | Sold | 04/08/16 | J | A | |
| 59. | MARKET VECTORS RETAIL | A | Dividend | | | Buy (add'l) | 02/12/16 | J | | |
| 60. | MARKET VECTORS RETAIL | A | Dividend | | | Sold | 04/08/16 | J | A | |
| 61. | PWRSH VRDO TAX FR WK | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 62. | PWRSH VRDO TAX FR WK | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 63. | SECTOR FINANCIAL SELECT | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 64. | SECTOR TECHNOLOGY | A | Dividend | | | Sold | 02/12/16 | J | A | |
| 65. | SELECT UTILITIES SELECT SECTOR SPDR | A | Dividend | | | Buy | 02/12/16 | J | | |
| 66. | SELECT UTILITIES SELECT SECTOR SPDR | A | Dividend | | | Sold | 08/16/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. SPDR BARCLAYS CAPITAL | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 68. SPDR BARCLAYS CAPITAL | A | Dividend | | | Closed | 03/15/16 | J | | |
| 69. SPDR NUVEEN BARCLAYS SHORT TERM | A | Dividend | | | Spinoff (from line 68) | 03/15/16 | J | | |
| 70. SPDR NUVEEN BARCLAYS | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 71. SPDR S&P 500 | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 72. SPDR S&P 500 | A | Dividend | | | Buy (add'l) | 02/12/16 | J | | |
| 73. SPDR S&P 500 | A | Dividend | | | Buy (add'l) | 04/08/16 | J | | |
| 74. SPDR S&P 500 | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 75. VANGUARD ALL WORLD | A | Dividend | | | Buy | 04/08/16 | J | | |
| 76. VANGUARD ALL WORLD | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 77. VANGUARD HEALTH CARE | A | Dividend | | | Sold | 02/16/16 | J | A | |
| 78. WSDMTR JPN HEDG EQ | A | Dividend | | | Sold (part) | 04/08/16 | J | A | |
| 79. WSDMTR JPN HEDG EQ | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 80. WSDMTR TRUST EUROPE HEADGE | A | Dividend | | | Buy (add'l) | 01/06/16 | J | | |
| 81. WSDMTR TRUST EUROPE HEADGE FUND | A | Dividend | | | Sold | 08/16/16 | J | A | |
| 82. VIRGINIA 529 PREPAID PLAN #1 - 8 SEMESTER TIER I | | None | K | V | | | | | |
| 83. VIRGINIA 529 PREPAID PLAN #2 - 8 SEMESTER TIER I | | None | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. VIRGINIA 529 PREPAID PLAN #3 - 8 SEMESTER TIER | | None | J | V | | | | | |
| 85. (H) IRA #1, JANNEY MONTGOMERY SCOTT LLC | | | | | | | | | |
| 86. - CASH ACCOUNT, JANNEY MONTGOMERY SCOTT LLC | A | Dividend | J | T | | | | | |
| 87. - INVESCO EQUALLY WEIGHTED S&P FUND | A | Dividend | | | Sold | 10/27/16 | J | A | |
| 88. - ALLIANCE BERNSTEIN GLOBAL THEMATIC GROWTH FUND | A | Dividend | | | Sold | 10/20/16 | J | A | |
| 89. - COLUMBIA MARSICO FOCUSD EQUITY FUND LG CAP | A | Dividend | | | Sold | 10/20/16 | J | A | |
| 90. - FIRST TRUST FINANCIAL ALPHADEX ETF | A | Dividend | | | Sold | 10/19/16 | J | A | |
| 91. - FIRST TRUST INDUSTRIAL PRODUCER DURABLE ALPHADEX ETF | A | Dividend | | | Sold | 10/19/16 | J | A | |
| 92. - CLEARBRIDGE VALUE FUND | A | Dividend | | | Sold | 10/20/16 | J | A | |
| 93. - CLEARBRIDGE SPECIAL SM CAP INVESTMENT FUND | A | Dividend | K | T | | | | | |
| 94. - MILLER INCOME OPPORTUNITY FUND | A | Dividend | | | Sold | 10/20/16 | J | A | |
| 95. - LEGG MASON OPPORTUNITY FUND | A | Dividend | K | T | | | | | |
| 96. - MFS GROWTH FUND | A | Dividend | J | T | | | | | |
| 97. - MFS INVESTORS GROWTH FUND | A | Dividend | J | T | | | | | |
| 98. - MFS TOTAL RETURN | A | Dividend | J | T | | | | | |
| 99. - PIMCO REAL RETURN FUND | A | Dividend | J | T | | | | | |
| 100. - PIMCO INCOME FUND FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. - WESTERN ASSET CORE BOND FUND | A | Dividend | J | T | | | | | |
| 102. (H) IRA #2, CHARLES SCHWAB | | | | | | | | | |
| 103. - CASH DEPOSIT ACCOUNTS, CHARLES SCHWAB | A | Int./Div. | M | T | | | | | |
| 104. - SCHWAB VALUE ADVANTAGE | A | Int./Div. | L | T | | | | | |
| 105. - SCHWAB DIVIDEND EQUITY FUND | A | Int./Div. | J | T | | | | | |
| 106. - SCHWAB FUNDAMENTAL US LARGE CO INDEX | A | Int./Div. | J | T | | | | | |
| 107. - SCHWAB MARKETTRACK GROWTH | A | Int./Div. | J | T | | | | | |
| 108. - SCHWAB S&P 500 INDEX FUND | A | Int./Div. | J | T | | | | | |
| 109. - SCHWAB TOTAL STOCK MKT INDEX | A | Int./Div. | J | T | | | | | |
| 110. - SCHWAB 1000 INDEX FUND | A | Int./Div. | J | T | | | | | |
| 111. - T ROWE PRICE RETIREMENT 2030 FUND | A | Int./Div. | J | T | | | | | |
| 112. - VANGUARD WELLESLEY INCOME FD INVESTOR SHARE | A | Int./Div. | J | T | | | | | |
| 113. (H) IRA #3, JANNEY MONTGOMERY SCOTT LLC | | | | | | | | | |
| 114. - CASH DEPOSIT ACCOUNTS, JANNEY MONTGOMERY SCOTT LLC | A | Dividend | J | T | | | | | |
| 115. -CONSUMER DISCRETIONARY SELECT SECTOR SPDR (51) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 116. -CONSUMER DISCRETIONARY SELECT SECTOR SPDR (30) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 117. -CONSUMER DISCRETIONARY SELECT SECTOR SPDR (5) | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. -ISHARES CORE MSCI EUROPE (52) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 119. -ISHARES CORE MSCI EUROPE (31) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 120. -ISHARES CORE MSCI EUROPE (6) | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 121. - SECTOR CONSUMER STAPLES SELECT SECTOR SPDR (75) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 122. - SECTOR CONSUMER STAPLES SELECT SECTOR SPDR (45) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 123. - SECTOR CONSUMER STAPLES SELECT SECTOR SPDR (8) | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 124. - SECTOR CONSUMER STAPLES SELECT SECTOR SPDR (29) | A | Dividend | J | T | Sold (part) | 11/14/16 | J | A | |
| 125. - SECTOR HEALTHCARE SELECT SECTOR SPDR (97) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 126. - SECTOR HEALTHCARE SELECT SECTOR SPDR (57) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 127. - SECTOR HEALTHCARE SELECT SECTOR SPDR (10) | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 128. - SECTOR TECHNOLOGY SELECT SPECTOR SPDR (108) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 129. - SECTOR TECHNOLOGY SELECT SPECTOR SPDR (63) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 130. - SECTOR TECHNOLOGY SELECT SPECTOR SPDR (13) | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 131. - SECTOR TECHNOLOGY SELECT SPECTOR SPDR (33) | A | Dividend | J | T | Buy (add'l) | 11/14/16 | J | | |
| 132. - VANGUARD ALL WORLD (149) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 133. - VANGUARD ALL WORLD (88) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 134. - VANGUARD ALL WORLD (17) | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. - VANGUARD PACIFIC (13) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 136. - VANGUARD PACIFIC (7) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 137. - VANGUARD PACIFIC (1) | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 138. - ISHARES, 7-10YR TREASURY BOND (20) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 139. - ISHARES, 7-10YR TREASURY BOND (13) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 140. - ISHARES, 7-10YR TREASURY BOND (2) | A | Dividend | J | T | Buy (add'l) | 10/31/16 | J | | |
| 141. - ISHARES, 7-10YR TREASURY BOND (35) | A | Dividend | J | T | Sold (part) | 12/14/16 | J | A | |
| 142. - ISHARES, 1-3YR TREASURY BOND (85) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 143. - ISHARES, 1-3YR TREASURY BOND (51) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 144. - ISHARES, 1-3YR TREASURY BOND (9) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 145. - ISHARES, 1-3YR TREASURY BOND (35) | A | Dividend | J | T | Sold (part) | 12/20/16 | J | A | |
| 146. - ISHARES, 1-3YR TREASURY BOND (37) | A | Dividend | J | T | Sold (part) | 12/22/16 | J | A | |
| 147. - ISHARES, 1BOXX, 4INVESTMENT GRADE CORP BOND (38) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 148. - ISHARES, 1BOXX, 4INVESTMENT GRADE CORP BOND (22) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 149. - ISHARES, 1BOXX, 4INVESTMENT GRADE CORP BOND (4) | A | Dividend | J | T | Buy (add'l) | 10/25/16 | J | | |
| 150. SPDR BLOOMBERG BARCLAYS CAPITAL ST CORP BOND (127) | A | Dividend | J | T | Buy | 12/14/16 | J | | |
| 151. SPDR BLOOMBERG BARCLAYS CAPITAL ST CORP BOND (125) | A | Dividend | J | T | Buy (add'l) | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. SPDR BLOOMBERG BARCLAYS CAPITAL ST CORP BOND (124) | A | Dividend | J | T | Buy (add'l) | 12/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/13/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 40 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN
PART VII, LINE 41 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN
PART VII, LINE 42 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ KEITH L. PHILLIPS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544